# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MItchell, Suzanne | 2. Court or Organization  Western District of Oklahoma | 3. Date of Report  10/14/2014 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

US Magisrate Judge

**5a. Report Type** (check appropriate type)

- [ ] Nomination          Date
- [ ] Initial     [✓] Annual     [ ] Final

**5b.** [✓] Amended Report

**6. Reporting Period**

01/01/2013
to
12/31/2013

**7. Chambers or Office Address**

200 NW 4th St. Ste 1301
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MItchell, Suzanne | 10/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | McAfee & Taft-Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MItchell, Suzanne | 10/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | First Mortgage Company, LLC | Mortgage on Rental Property #! Cleveland, OK | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MItchell, Suzanne | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Arnold & Porter LLP 41(k) (H) | | | | | | | | | |
| 2. T Rowe Price MId-Cap Growth 401(k) | A | Dividend | K | T | | | | | |
| 3. Fidelity Contrafund 401(k) | A | Dividend | J | T | | | | | |
| 4. Vanguard Small Cap Index 401(k) | A | Dividend | J | T | | | | | |
| 5. Fidelity low prices stock fund (Rollover IRA) | A | Dividend | J | T | | | | | |
| 6. Fidelity Select Multimedia (Rollover IRA) | A | Distribution | J | T | | | | | |
| 7. Schwab IRA Rollover (H) | | | | | | | | | |
| 8. PIMCO Internatioal Index | A | Int./Div. | J | T | Buy | 05/17/13 | J | | |
| 9. Schwab Markettrack All E | A | Int./Div. | | | Sold | 05/16/13 | J | B | |
| 10. Schwab Markettrack All E | A | Int./Div. | | | Sold | 12/23/13 | K | B | |
| 11. PIMCO Fundamental Index | A | Int./Div. | K | T | Buy | 12/24/13 | K | | |
| 12. PIMCO Fiundatmental Index | B | Int./Div. | J | T | | | | | |
| 13. schwab Healthcare Fund | A | Int./Div. | J | T | | | | | |
| 14. Vulcan Value Partners | A | Int./Div. | K | T | Buy | 12/24/13 | K | | |
| 15. | | | | | | | | | |
| 16. Raymond James (H) | | | | | | | | | |
| 17. First Trust Target Divsd. DVD 4Q Term | A | Dividend | K | T | Buy | 12/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MItchell, Suzanne | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Mid Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 19. Invesco Comstock Fund Class A | A | Dividend | J | T | | | | | |
| 20. Capital Income Builder Fund Class A | A | Dividend | K | T | | | | | |
| 21. Capital World Growth & Income | A | Dividend | K | T | | | | | |
| 22. Investment Company of America Class A | C | Dividend | K | T | | | | | |
| 23. Washington Mutual Class A | A | Dividend | J | T | | | | | |
| 24. Colony, Tex CTFS Oblig bond | A | Interest | | | Sold | 12/04/13 | K | A | |
| 25. Macomb WP m Bldg Auth GO | A | Interest | | | Sold | 12/04/13 | J | A | |
| 26. | | | | | | | | | |
| 27. Raymond James UTMA (H) | | | | | | | | | |
| 28. Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. McAfee & Taft 401(k) (H) | | | | | | | | | |
| 31. SPTN 500 Index Adv | B | Int./Div. | M | T | Buy | 12/31/13 | K | | |
| 32. Fidelity Contrafund | D | Int./Div. | M | T | Buy | 12/31/13 | J | | |
| 33. SPTN 500 Index Adv | B | Int./Div. | M | T | Buy | 05/20/13 | J | | |
| 34. Fidelity Contrafund | D | Int./Div. | M | T | Buy | 05/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MItchell, Suzanne | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPTN 500 Index Adv | B | Int./Div. | M | T | Buy | 04/23/13 | J | | |
| 36. Fidelity Contrafund | D | Int./Div. | M | T | Buy | 04/23/13 | J | | |
| 37. Perkins Mid Cap Value(X) | A | Int./Div. | | | Sold | 02/04/13 | L | C | |
| 38. Fidelity Mid Cap Value | A | Int./Div. | J | T | Buy | 02/04/13 | L | | |
| 39. Fidelity Contrafund K | D | Int./Div. | M | T | | | | | |
| 40. Sptn 500 Index ADV | B | Int./Div. | M | T | | | | | |
| 41. Fidelity Low-Priced Stock K | B | Int./Div. | M | T | | | | | |
| 42. Fidelity Mid Cap Stock K | C | Int./Div. | M | T | | | | | |
| 43. American Century Small Cap Value I | E | Int./Div. | M | T | | | | | |
| 44. Fidelity Diversified International K | A | Int./Div. | K | T | | | | | |
| 45. | | | | | | | | | |
| 46. Edward D. Jones #1 (H) | | | | | | | | | |
| 47. Wald Disney co. | A | Dividend | J | T | | | | | |
| 48. Money Market-EDJ #1 | A | Int./Div. | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. Edward D. Jones #2 (h) | | | | | | | | | |
| 51. Oracle | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MItchell, Suzanne | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Mney Market-EDJ #2(h) | A | Int./Div. | J | T | | | | | |
| 53. | | | | | | | | | |
| 54.  EDJ College Savings Plan-#1(X) | A | Int./Div. | J | T | | | | | |
| 55.  Capital Income Builder | A | Int./Div. | J | T | | | | | |
| 56.  Capital Wrld Grth & Income | A | Int./Div. | J | T | | | | | |
| 57.  Fundamental Investors Fund | A | Int./Div. | J | T | | | | | |
| 58. | | | | | | | | | |
| 59.  EDJ College Savings Plan-#2(X) | A | Int./Div. | J | T | | | | | |
| 60.  Capital Income Builder | A | Int./Div. | J | T | | | | | |
| 61. | | | | | | | | | |
| 62.  EDJ College Savings Plan-#3(X) | A | Int./Div. | J | T | | | | | |
| 63.  Capital Income Builder | A | Int./Div. | J | T | | | | | |
| 64.  Capital Wrld Grth & Income | A | Int./Div. | J | T | | | | | |
| 65.  Fundamental Investors Fund | A | Int./Div. | J | T | | | | | |
| 66. | | | | | | | | | |
| 67.  Legacy Financial Services Group, LLC .6% interest(X) | D | Distribution | J | W | | | | | |
| 68.  Rental Property #1 Cleveland County, Norman, OK | C | Rent | M | W | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MItchell, Suzanne | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Allegiance Credit Union | A | Interest | J | T | | | | | |
| 71. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 72. Schwab Rollover Ira #1-Schwab Helath / Care Fund | A | Dividend | J | T | | | | | |
| 73. Cleveland Co. Norman, Ok Parcel #1 | | None | J | W | | | | | |
| 74. Cleveland Co., Norman, OK Parcel #2 | | None | K | W | | | | | |
| 75. Chevron Common /Stock | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. Brokerage Account #3 (Etrade)(H) | | | | | | | | | |
| 78. Ford Motor | A | Dividend | J | T | | | | | |
| 79. Nuance Communications | A | Dividend | J | T | | | | | |
| 80. Powershare Exchange Traded | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. 529-#4 (h) | | | | | | | | | |
| 83. Okla College Savings Plan Global Equity Index | A | Dividend | J | T | | | | | |
| 84. Okla College Savings Plan Aggressive Managed 18+ Allocations | A | Dividend | J | T | | | | | |
| 85. Okla. College Savings Plan Aggressive Managed 18+ Allocation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MItchell, Suzanne | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Okla College Savings Plan Aggressive Managed 18+ Allocation | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne MItchell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544